```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    MONICA E. TAIT (Cal. Bar No. 157311)
 4  SCOTT PAETTY (Cal. Bar No. 274719)
    Assistant United States Attorneys
 5  Major Frauds Section
         1100 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2931/6527
         Facsimile: (213) 894-6269
 8       E-mail:    Monica.Tait@usdoj.gov/
                    scott.paetty@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

November 14, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

11                    UNITED STATES DISTRICT COURT

12                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 13 | UNITED STATES OF AMERICA, | No. CR 07-1402-SJO |
|---|---|---|
| 14 | Plaintiff, | <u>PROTECTIVE ORDER AS TO DEFENDANT KENNETH GOUCHER AND DOCUMENTS PRODUCED IN CONNECTION WITH DEFENDANT MAGI'S MOTION TO DISMISS ON SPEEDY TRIAL VIOLATIONS</u> |
| 15 | v. | |
| 16 | KENNETH GOUCHER, aka "K-man," | |
| 17 | Defendant. | |
| 18 | | |

19

20      The court having reviewed the stipulation of plaintiff United

21 States of America and defendant KENNETH GOUCHER, and finding good

22 cause for the entry of this order, IT IS HEREBY ORDERED as follows:

23      1.   The government has produced, and may continue to produce,

24 sensitive documents to certain other defendants in this case in

25 reliance upon the protective order issued by the Court on August 11,

26 2017 and docketed as document number 700 in this matter (the "MAGI

27 DISCOVERY").

28

2. The MAGI DISCOVERY includes sensitive information, including but not limited to MLAT requests, communications between the government's attorneys, communications with representatives of the government of Canada, and other documents related to the extradition process between the United States of America and Canada.

3. The MAGI DISCOVERY shall be produced to GOUCHER'S counsel subject to the conditions set forth in the paragraphs below:

4. The term "Defense Team" shall mean: (i) defendant KENNETH GOUCHER, (ii) defendant's counsel of record, (iii) any member or employee of defendant's counsel's firm, (iv) any co-counsel representing defendant in connection with this case, and (v) anyone retained by defendant's counsel in connection with this case, including but not limited to investigators, experts, consultants, and reprographic service providers.

5. Defendant's counsel of record shall not share the contents of any MAGI DISCOVERY with any person other than a member of the Defense Team. Defendant shall not possess on his own any portion of the MAGI DISCOVERY. If another member of the Defense Team (with the exception of defendant) is a foreign-located person, as described in paragraph 7, disclosure of any MAGI DISCOVERY to that member of the Defense Team is further limited by paragraphs 7 and 8.

6. Defendant's counsel of record and any other member of the Defense Team may use any MAGI DISCOVERY, or the contents or any portion thereof, only for the specific purpose of litigation in this matter and for no other purpose. Only a member of the defense team (except defendant) may make copies of any discovery containing the MAGI discovery.

7. Defendant's counsel of record, defendant, or any other member of the Defense Team shall not disclose any MAGI DISCOVERY to any person whose residence and/or principal place of business is outside the United States ("foreign-located person"), unless (a) the government consents in advance in writing, or (b) the Court has expressly permitted disclosure of the MAGI DISCOVERY to such person by name.

8. In the event disclosure of any MAGI DISCOVERY to any foreign-located person is approved pursuant to paragraph 7, defense counsel shall file with the Court a certification signed by such foreign-located person under penalty of perjury under United States law and with the understanding that he or she is subject to criminal penalty under the laws of their country of origin for an intentionally false declaration (1) acknowledging that he or she has read and is subject to this Protective Order governing the MAGI DISCOVERY, (2) agreeing to comply with the terms of this Protective Order governing the MAGI DISCOVERY, and (3) consenting to the jurisdiction of the United States District Court for the Central District of California to enforce this Protective Order as to him or her, including through prosecution or civil sanctions for contempt.

9. Absent an order of the Court, documents referencing or containing the MAGI DISCOVERY shall not be publicly filed with or submitted to the Court or reproduced in any court filing unless the documents are placed under seal. When lodging any such document under seal pursuant to this paragraph, a party shall cite the Order entered upon this stipulation as pre-approved sealing authority by noting in the caption, "FILED UNDER SEAL PURSUANT TO ORDER OF THE

COURT DATED [the date of the Order], Docket no. [the docket number of the Order]."

10. The government shall identify by Bates numbers or by stamping the documents as being subject to the protective order all materials provided or to be provided to the defense by the United States Attorney's Office that are subject to this protective order.

11. At the conclusion of this case (including the final determination of any appeal and any post-conviction proceedings), defendant's counsel of record shall either: (1) destroy all MAGI DISCOVERY, and confirm such destruction in writing to government counsel; or (2) return all MAGI DISCOVERY to government counsel, and certify such action in writing to government counsel.

12. This Protective Order shall be effective as of the date it is issued by the Court and shall remain in effect not only throughout the duration of this criminal case but also after the conclusion of this criminal case. This Protective Order may be modified, amended, or vacated only upon further order of the Court. The parties agree that jurisdiction to enforce this Protective Order shall remain with the Court even after the conclusion of this case.

//

13. This Order shall apply to all MAGI DISCOVERY, including any such discovery produced after entry of this Order.

IT IS SO ORDERED.

November 14, 2017

_____  
DATE

*S. James Otero*

_____  
S. JAMES OTERO  
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Monica E. Tait*  
Monica E. Tait  
Assistant United States Attorney

5