1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   MONICA E. TAIT (Cal. Bar No. 157311)
4  SCOTT PAETTY (Cal. Bar No. 274719)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2931/6527
        Facsimile: (213) 894-6269
8       E-mail:    Monica.Tait@usdoj.gov
                   scott.paetty@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
November 14, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

11                      UNITED STATES DISTRICT COURT

12                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA, | No. CR 07-1402-SJO
14 |         Plaintiff,        | PROTECTIVE ORDER TO FACILITATE
   |                           | DISCOVERY RE: DEFENDANT KENNETH
15 |         v.                | GOUCHER
16 | KENNETH GOUCHER,          | Trial Date:  January 2, 2018
   |     aka "K-man,"          | Trial Time:  9:00 a.m.
17 |                           | Location:    Courtroom of the
   |         Defendant.        |              Hon. S. James Otero
18

19      As used in this Order, the term "USAO discovery materials"

20 describes all materials provided, or to be provided, by the U.S.

21 Attorney's Office ("USAO") in this district to defense counsel as

22 part of the criminal discovery process in the instant case.  The

23 term, "USAO discovery materials" includes those materials to which

24 the defense has or will be given access by the USAO as part of

25 criminal discovery.

26      FOR GOOD CAUSE BEING SHOWN BY THE JOINT MOTION FOR A PROTECTIVE

27 ORDER TO FACILITATE DISCOVERY, APPLICABLE TO DEFENDANT KENNETH

28 GOUCHER ONLY, and given that the USAO discovery materials (those

provided or to be provided, or to which defendant has or will be given access) contain confidential information regarding victims and witnesses, and information regarding a co-defendant that could place that co-defendant's family in danger, THIS COURT ORDERS THAT:

1. The evidence in this matter includes personal identification and contact information for others, including but not limited to telephone numbers, addresses, and banking information (collectively "victim information"), and plea and proffer agreements for and statements of co-defendant John Bellini ("Bellini information").

2. The defendant may only possess and/or review unredacted victim information, and Bellini information, in the presence of defense counsel and/or counsel's investigators and/or paralegals. The defense, including paralegals, investigators, and experts, may use the USAO discovery materials for trial and trial preparation, and may not use the unredacted victim information, or the Bellini information, or any portion thereof except for the specific purpose of preparing or presenting a defense in this matter.  If defense counsel deems it appropriate or necessary for defendant to review some or all of the victim information in this case outside their presence (or the presence of their investigators), defense counsel will, without further Order of the Court, provide only redacted portions of the victim information.

3. At the conclusion of this matter, which includes any appeals, defense counsel, defense counsel's investigators, paralegals, and experts, and the defendant will maintain the file to the extent required by the Rules of the State Bar of California, but in any event, shall destroy or return all copies of the victim

information and Bellini information, and any portion thereof, in their actual or constructive possession pursuant to those rules of professional conduct.

    IT IS SO ORDERED.

November 14, 2017

_____    _____
DATE                             HONORABLE S. JAMES OTERO
                                 UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Monica E. Tait*
MONICA E. TAIT
Assistant United States Attorney